ORDERED in the Southern District of Florida on Sept. 7th, 2016

Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                          CASE NO. 16-19315-LMI
                                                                CHAPTER 13
SAPNA SHARMA a/k/a
SAPNA SOOD a/k/a
SAPNA MULLICK,

    Debtor.
_____/

### AGREED ORDER GRANTING SECURED CREDITOR, BRICKELL KEY ONE CONDOMINIUM ASSOCIATION, INC.'S MOTION TO DISMISS AS A BAD FAITH FILING OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER came before the Court upon Secured Creditor, Brickell Key One Condominium Association, Inc.'s Motion to Dismiss as a Bad Faith Filing or, in the Alternative, Motion for Relief from the Automatic Stay [DE8] (the "Motion"), the Court having reviewed the Motion and the Court file, being advised that the Debtor and the Debtor's former husband, Sundeep Mullick consent to the relief set forth herein, and noting that all applicable notice requirements have been met, it is

ORDERED:

1. The Motion is granted as follows: this Chapter 13 case is dismissed with prejudice for a period

of 540 days from the date of this Order and the Debtor is barred from filing any bankruptcy petition for a period of 540 days from the date of this Order. To the extent the Debtor seeks to shorten the prejudice period, then to the degree said request is granted in whole or in part by the Court, then any new filing in bankruptcy court by the Debtor shall have no impact on and/or stay of the lien foreclosure action of Brickell Key One Condominium Association, Inc. ("Association") in the matter styled, *Brickell Key One Condominium Association, Inc. v. Sundeep Mullick, et. al.*, 11th Judicial Circuit, Miami-Dade County, Florida 11-35376 CA 22 (the "Foreclosure Action") with respect to the real property legally described as follows:

> Condominium Unit No. A-PH01 of BRICKELL KEY ONE, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 11344, at Page 1079, of the Public Records of Miami-Dade County, Florida.
>
> PROPERTY ADDRESS: 520 BRICKELL KEY DRIVE, UNIT A-PH01, MIAMI FLORIDA 33131 (the "Property").

through the issuance of an amended final judgment of foreclosure (if necessary), the setting and conducting of a judicial foreclosure sale of the subject Property, and for the issuance of certificates of sale and title to the successful bidder at the foreclosure sale (the "Sale").

2. The Debtor and Sundeep Mullick are forever barred from filing and/or seeking relief in the Foreclosure Action, the Bankruptcy Court, or any other forum that in any way would impede, stay, or in any way impact the Foreclosure Action and Sale. ~~To be clear~~ The Court has been advised that the Debtor and Sundeep Mullick agree and consent that the Foreclosure Action and Sale shall proceed through the issuance of certificates of sale and title to the Property to the successful bidder at the Sale without further impediment in any way.

3. This Order shall be effective immediately. The 14-day stay provided by Fed. R. Bankr.P. 4001(a)(3) is hereby waived.

###

Submitted By:
Jeffrey S. Berlowitz, Esq.
Siegfried, Rivera, Hyman, Lerner,
De La Torre, Mars & Sobel, P.A.
201 Alhambra Circle, 11th Floor
Coral Gables, Florida 33134
Phone: (305) 442-3334
Fax: (305) 443-3292
Email: jberlowitz@srhl-law.com

Attorney Berlowitz is directed to mail a conformed copy of this Order, immediately upon receipt, to all interested parties and file a certificate of service.